UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEVE ARNDT,

    Plaintiff,

v.

L. PERRIGO COMPANY,

    Defendant.
_____/

Case No. 1:22-cv-112

HON. JANET T. NEFF

## JUDGMENT

In accordance with the Opinion and Order entered this date:

**IT IS HEREBY ORDERED** that Judgment is awarded in favor of Defendant and against Plaintiff.

Dated: July 21, 2023

    /s/ Janet T. Neff
    JANET T. NEFF
    United States District Judge